United States District Court
Southern District of Texas
**ENTERED**
March 04, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DENISH BHAVSAR, derivatively on behalf of MICROVAST HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YANG WU, CRAIG WEBSTER, YEELONG TAN BALLADON, STEPHEN VOGEL, WEI YING, STANLEY WHITTINGHAM, ARTHUR WONG, and YANZHUAN ZHENG,<br><br>Defendants,<br><br>and<br><br>MICROVAST HOLDINGS INC.,<br><br>Nominal Defendant. | Case No. 4:24-cv-00372<br><br>The Honorable Andrew S. Hanen |
| GUILLERMO MARTI and FELICIA MARTI JT TEN, derivatively on behalf of MICROVAST HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YANG WU, CRAIG WEBSTER, YEELONG TAN BALLADON, STEPHEN VOGEL, WEI YING, STANLEY WHITTINGHAM, ARTHUR WONG, and YANZHUAN ZHENG,<br><br>Defendants,<br><br>and<br><br>MICROVAST HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:24-cv-00633<br><br>The Honorable Keith P. Ellison |

**STIPULATION AND [ORDER**

WHEREAS, on January 31, 2024, plaintiff Denish Bhavsar (together with plaintiffs Guillermo Marti and Felicia Marti JT Ten, the "Plaintiffs"), commenced the above-captioned shareholder derivative action, *Bhavsar v. Wu et al.*, No. 4:24-cv-00372 (S.D. Tex.) (the "*Bhavsar* Action"), on behalf of Nominal Defendant Microvast Holdings, Inc. ("Microvast" or the "Company"), alleging breach of fiduciary duties, unjust enrichment, abuse of control, waste of corporate assets, gross mismanagement, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and for contribution under Sections 10(b) and 21D of the Exchange Act, by defendants Yang Wu, Craig Webster, Yeelong Tan Balladon, Stephen Vogel, Wei Ying, Stanley Whittingham, Arthur Wong, and Yanzhuan Zheng (collectively, the "Individual Defendants," and with Microvast, "Defendants") (Defendants and Plaintiffs referred to collectively herein as, the "Parties" ), who are officers and/or directors of Microvast;

WHEREAS, on February 23, 2024, Plaintiffs Guillermo Marti and Felicia Marti JT Ten filed the above-captioned shareholder derivative action, *Marti et al. v. Wu et al.*, No. 4:24-cv-00633 (S.D. Tex.), on behalf of Microvast, alleging breach of fiduciary duties and violations of Section 14(a) of the Exchange Act by the Defendants (the "*Marti* Action");

WHEREAS, the complaint in the *Marti* Action concerns substantially similar subject matter as the complaint in the *Bhavsar* Action (the *Bhavsar* Action and the *Marti* Action, collectively, the "Related Derivative Actions");

WHEREAS, under Fed. R. Civ. P. 42(a), the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay[]" when actions involve "a common question of law or fact";

WHEREAS, the Related Derivative Actions challenge substantially the same alleged conduct by the same Company directors and officers and involve substantially similar questions of law and fact;

WHEREAS, the Parties, therefore, respectfully submit that consolidation of the Related Actions is appropriate, and that they should be consolidated for all purposes, including pre-trial proceedings and any trial, to avoid potentially duplicative actions, to prevent any waste of the Court's and the Parties' resources;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C., the resume of which is attached hereto as Exhibit A, shall be designated as Lead Counsel representing plaintiffs in the consolidated action;

WHEREAS, Defendants take no position on the appointment of Lead Counsel for plaintiffs;

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval to consolidate the Related Derivative Actions and appoint Lead Counsel for plaintiffs pursuant to the following terms:

1. The undersigned counsel for Defendants agree to accept service of the complaints in each of the Related Derivative Actions on behalf of Defendants, to the extent that service of such complaints has not already been agreed or effected.

2. The Parties shall have 60 days upon acceptance of this Order to submit a proposed schedule, and Defendants are not required to respond to the complaints until the date set by the Court in ruling on the proposed schedule.

3. The following actions are hereby consolidated for all purposes, including pre-trial

proceedings and trial, under Case No. 4:24-cv-00372 (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Bhavsar v. Wu et al.* | 4:24-cv-00372 | January 31, 2024 |
| *Marti et al. v. Wu et al.* | 4:24-cv-00633 | February 23, 2024 |

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE MICROVAST HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 4:24-cv-00372 |
| This Document Relates to: ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 4:24-cv-00372.

6. Lead Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net

7. Plaintiffs' Lead Counsel shall have the sole authority to speak for plaintiffs in the Consolidated Action in all matters regarding pre-trial procedure, trial, and settlement negotiations

and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Action. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs in the Consolidated Action except through Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Action.

10. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially similar, transactions or events as in the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court ("Potential Subsequent Related Derivative Actions"). When a shareholder derivative action that properly belongs as part of *In re Microvast Holdings, Inc. Derivative Litigation*, Lead Case No. 4:24-cv-00372, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Microvast Holdings, Inc. Derivative Litigation*, Lead Case No. 4:24-cv-00372, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and all Potential

Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court shall be consolidated into the Consolidated Action.

11. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action.

12. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions, including any objection related to forum or venue.

PURSUANT TO THIS STIPULATION IT IS **SO ORDERED**.

Signed this 28th day of Feb, 2024.

HON. ANDREW S. HANEN

STIPULATED AND AGREED TO:

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Paul R. Bessette*
Paul R. Bessette
Texas Bar No. 02263050
SDTX Bar No. 22453
Michael J. Biles
Texas Bar No. 24008578
SDTX Bar No. 23146
500 West 2nd St., Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Fax: (512) 457-2100
pbessette@kslaw.com

mbiles@kslaw.com

*Counsel for Defendants*

**THE BROWN LAW FIRM, P.C.**

/s/ *Saadia Hashmi* ________
Saadia Hashmi
SDTX Bar No. 3871412
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: shashmi@thebrownlawfirm.net
tbrown@thebrownlawfirm.net

*[Proposed] Lead Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
eitank@bgandg.com

*Counsel for Plaintiffs Marti and Marti JT Ten*

# EXHIBIT A

# THE BROWN LAW FIRM, P.C. BIOGRAPHY

The Brown Law Firm, P.C. is a complex business litigation firm located in New York, New York. The firm specializes in shareholder derivative litigation in courts throughout the country.

## TIMOTHY BROWN – MANAGING PARTNER

In January 2014, Timothy Brown founded the Brown Law Firm, which specializes in shareholder derivative litigation. The Brown Law Firm has achieved favorable settlements in numerous shareholder derivative actions in federal and state courts across the country, providing substantial benefits to publicly traded companies and their investors.

Since shortly after Mr. Brown graduated from law school, through 2013, he was a litigator at a major national law firm. Mr. Brown's prior firm specializes in representing plaintiffs in securities class actions and derivative actions in courts throughout the country. There, Mr. Brown had a leadership role in achieving numerous multi-million dollar settlements of shareholder suits.

In 2004, Mr. Brown graduated from the University of Chicago Law School at which he was a recipient of a merit scholarship awarded to the top two percent of all applicants. He received his B.A. in Business Economics, *magna cum laude*, from Brown University in 2001.

Mr. Brown is admitted to the bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, the United States District Court for the Northern District of Ohio, the United States District Court for the Northern District of Illinois, the United States District Court for the District of Maryland, the United States District Court for the Eastern District of Wisconsin, the United

States District Court for the Western District of Wisconsin, and the United States District Court for the District of Colorado.

**SAADIA J. HASHMI – PARTNER**

Saadia Hashmi received her J.D. from The University of Texas at Austin School of Law in May 2018. She was a staff editor on the TEXAS JOURNAL ON CIVIL LIBERTIES & CIVIL RIGHTS. Ms. Hashmi received an M.A. in Dispute Resolution in 2014 from Southern Methodist University. She received her B.A. in American Studies, *magna cum laude*, from the University of Texas at Dallas in 2012.

Ms. Hashmi is admitted to the bars of the State of New York and the State of Texas, and she is admitted to practice in the United States District Court for the Southern District of New York and the United States District Court for the Southern District of Texas.

**ELIZABETH DONOHOE – ASSOCIATE**

Elizabeth Donohoe received her J.D. from the University of Florida Levin College of Law in May 2022. At UF Law, she was a Teaching Assistant and worked at the Wrongful Convictions and Factual Innocence: Conviction Integrity Review Clinic. In May 2019, Ms. Donohoe received her B.A. in Criminology & Law, *magna cum laude*, from the University of Florida.

Ms. Donohoe is admitted to the bar of the State of New Jersey and admitted to practice in the United States District Court for the District of New Jersey. Her admission to the New York bar is pending.

**JOHN COYLE – ASSOCIATE**

John Coyle received his J.D. from Seton Hall University School of Law in May 2023. At Seton Hall Law, he served as a Co-Chair of the Mock Trial Team, an editor of the Seton Hall

Sports, Entertainment & Gaming Law Blog, and as a member of the Criminal Law Society and Entertainment & Sports Law Society. In April 2020, Mr. Coyle received his B.A. in Political Science and History, *magna cum laude*, from the University of Pittsburgh.

Mr. Coyle is admitted to the bar of the State of Pennsylvania and admitted to practice in the United States District Court for the Eastern District of Pennsylvania. Mr. Coyle's admission to the New Jersey bar, New York bar, and Massachusetts bar is pending.

**ROBERT C. MOEST – OF COUNSEL**

Robert Moest's office is in Santa Monica, California. Until 1999, and for more than two decades, Mr. Moest was a partner at Fleishman, Fisher & Moest, a litigation firm in Los Angeles. Mr. Moest's partner Stanley Fleishman was revered for being a pioneer in the field of constitutional rights and for winning countless 1st Amendment and civil rights lawsuits, including about a dozen victories before the U.S. Supreme Court.

Mr. Moest maintains a civil trial, writ and appellate litigation practice, emphasizing 1st Amendment, constitutional and other civil rights, shareholder actions, commercial and real estate litigation, health care, administrative law and licensing, and land use. His practice is divided between federal and state practice. Mr. Moest has been counsel in more than 100 appeals, leading to more than forty reported decisions. Mr. Moest has jury and court trial experience in courts throughout the United States.

Mr. Moest was a founding member of the California Academy of Attorneys for Health Care Professionals, Co-counsel on Los Angeles County Jail Over-detention Team (successful class action suits seeking injunctive relief and damages against systematic over-detention of inmates in Los Angeles County Jail); and was a member of the Board of Directors, Higher Education Research Institute (since incorporated into UCLA School of Higher Education).

Mr. Moest graduated from the UCLA School of Law in 1974, in the top ten percent of his

class. He earned his undergraduate degree from Amherst College.

Mr. Moest is a member of the California bar, and the bars for the Central, Southern, Northern and Eastern federal districts in California, the United States Court of Appeals for the Second, Third, Ninth, and Tenth Federal Circuits, and the United States Supreme Court.