**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE MICROVAST HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 4:24-cv-00372<br><br>The Honorable Andrew S. Hanen |
| This Document Relates to:<br><br>ALL ACTIONS | |
| SHAWN GIDARO, derivatively on behalf of MICROVAST HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YANG WU, CRAIG WEBSTER, YEELONG TAN BALLADON, STEPHEN VOGEL, WEI YING, STANLEY WHITTINGHAM, ARTHUR WONG, and YANZHUAN ZHENG,<br><br>Defendants,<br><br>and<br><br>MICROVAST HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 4:24-cv-00828 |

**STIPULATION AND [PROPOSED] ORDER**

**WHEREAS**, on January 31, 2024, plaintiff Denish Bhavsar (together with plaintiffs Guillermo Marti, Felicia Marti JT Ten, and Shawn Gidaro the "Plaintiffs"), commenced the shareholder derivative action captioned *Bhavsar v. Wu et al.*, Case No. 4:24-cv-00372 (S.D. Tex.) (the "*Bhavsar* Action"), on behalf of Nominal Defendant Microvast Holdings, Inc. ("Microvast" or the "Company"), alleging breach of fiduciary duties, unjust enrichment, abuse of control, waste

of corporate assets, gross mismanagement, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and for contribution under Sections 10(b) and 21D of the Exchange Act, by defendants Yang Wu, Craig Webster, Yeelong Tan Balladon, Stephen Vogel, Wei Ying, Stanley Whittingham, Arthur Wong, and Yanzhuan Zheng (collectively, the "Individual Defendants," and with Microvast, "Defendants") (Defendants and Plaintiffs are referred to collectively herein as the "Parties"), who are officers and/or directors of Microvast;

**WHEREAS**, on February 23, 2024, Plaintiffs Guillermo Marti and Felicia Marti JT Ten filed the shareholder derivative action captioned *Marti et al. v. Wu et al.*, Case No. 4:24-cv-00633 (S.D. Tex.), on behalf of Microvast, alleging breach of fiduciary duties and violations of Section 14(a) of the Exchange Act by the Defendants (the "*Marti* Action");

**WHEREAS**, on February 26, 2024, plaintiffs Denish Bhavsar, Guillermo Marti, and Felicia Marti JT Ten stipulated to consolidate the *Bhavsar* Action and the *Marti* Action into one action (the "Consolidated Action"), to consolidate any subsequently filed shareholder derivative actions arising out of the same transactions and occurrences into the Consolidated Action, and to appoint The Brown Law Firm, P.C. as Lead Counsel, which was so-ordered by this Court on February 28, 2024 (the "Consolidation Order") (ECF No. 11). The Consolidation Order also provided that the Consolidated Action would be captioned *In re Microvast Holdings, Inc. Derivative Litigation*, Lead Case No. 4:24-cv-00372;

**WHEREAS**, on March 6, 2024, Plaintiff Shawn Gidaro filed the above-captioned shareholder derivative action, *Gidaro v. Wu, et al.*, Case No. 4:24-cv-00828 (S.D. Tex.), on behalf of Microvast, alleging breaches of fiduciary duties, gross mismanagement, waste of corporate assets, unjust enrichment, aiding and abetting, violations of Section 14(a) of the Exchange Act,

and for contribution under Sections 10(b) and 21D of the Exchange Act by the Defendants (the "*Gidaro* Action");

**WHEREAS**, the *Gidaro* Action challenges substantially the same alleged conduct by the same Company directors and officers and involves substantially similar questions of law and fact as in the Consolidated Action;

**WHEREAS**, under Fed. R. Civ. P. 42(a), the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay[]" when actions involve "a common question of law or fact";

**WHEREAS,** the Consolidation Order requires the *Gidaro* Action to be consolidated into the Consolidated Action; indeed, paragraph 10 of the Consolidation Order states: "This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially similar, transactions or events as in the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court ('Potential Subsequent Related Derivative Actions')" and that "all Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court shall be consolidated into the Consolidated Action.";

**WHEREAS**, the Parties, therefore, respectfully submit that the *Gidaro* Action should be consolidated with the Consolidated Action for all purposes, including pre-trial proceedings and any trial.

**IT IS HEREBY STIPULATED AND AGREED** among the Parties, and respectfully submitted for the Court's approval to consolidate the *Gidaro* Action into the Consolidated Action.

1. The undersigned counsel for Defendants agrees to accept service of the *Gidaro* complaint on behalf of Defendants, to the extent that service of such complaint has not already been agreed or effected.

2. The *Gidaro* Action is hereby consolidated into the Consolidated Action for all purposes, including pretrial proceedings, trial, and appeal.

3. All papers and documents previously filed and/or served in the *Gidaro* Action shall be deemed a part of the record in the Consolidated Action.

STIPULATED AND AGREED TO:

Dated: March 11, 2024

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Paul R. Bessette*
Paul R. Bessette
Texas Bar No. 02263050
SDTX Bar No. 22453
Michael J. Biles
Texas Bar No. 24008578
SDTX Bar No. 23146
500 West 2nd St., Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Fax: (512) 457-2100
Email: pbessette@kslaw.com
Email: mbiles@kslaw.com

***Counsel for Defendants***

**THE BROWN LAW FIRM, P.C.**

*/s/ Saadia Hashmi*
Saadia Hashmi
SDTX Bar No. 3871412
Timothy Brown
767 Third Avenue, Suite 2501

New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: shashmi@thebrownlawfirm.net
tbrown@thebrownlawfirm.net

***Lead Counsel for Plaintiffs and Counsel for Plaintiff Shawn Gidaro***

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com

***Counsel for Plaintiff Shawn Gidaro***

PURSUANT TO THIS STIPULATION IT IS **SO ORDERED**.

Signed this __ day of _______, 2024.

______________________________
HON. ANDREW S. HANEN